No. 00–1329. INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL UNION NO. 46 *v.* TRIG ELECTRIC CONSTRUCTION CO. ET AL. Sup. Ct. Wash. Motions of Trustees of Southern California IBEW–NECA Pension Trust and Multi-Employer Trust Funds for leave to file briefs as *amici curiae* granted.

Certiorari denied. 